OPINION — AG — ** TEACHERS — NOTIFICATION OF NON-ACCEPTANCE OF POSITION ** THERE ARE NO STATUTORY NOTIFICATION REQUIREMENTS APPLICABLE TO A TEACHER WHO DECIDES 'NOT' TO FULFILL HIS OR HER CONTRACT AFTER APRIL 25, IN VIEW OF THE FACT THAT A BINDING CONTRACT HAS BEEN FORMED. (SCHOOLS AND SCHOOL DISTRICTS, TEACHERS CONTRACTS) CITE: 70 O.S. 6-101 [70-6-101](E), 70 O.S. 6-101 [70-6-101](D) (KAY HARLEY JACOBS)